**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Chad Vittitow, | ) | Court No. 3:23-cv-00136-PDW-ARS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| vs | ) | |
| | ) | |
| Microsoft Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

The parties respectfully notify the Court that Plaintiff and Defendant have agreed in principle to settle this matter. Counsel for the parties are in the process of finalizing the settlement and stipulated dismissal. Accordingly, Plaintiff requests to be relieved of his pending obligation to respond to Defendant's Motion to Dismiss until the parties finalize the next steps.

**FIEBIGER LAW, LLC**

Dated:  November 7, 2023

By:  *s/ Rolf T. Fiebiger*
    Thomas D. Fiebiger, ND ID # 04190
    Rolf T. Fiebiger, MN ID #391138
    6800 France Ave. S., Suite 190
    Edina, MN 55435
    612.399.6474
    612.888.6084
    tom@fiebigerlaw.com
    rolf@fiebigerlaw.com

*Attorneys for Plaintiff*

**NILAN JOHNSON LEWIS PA**

Dated:  November 7, 2023

By:  *s/Joseph G. Schmitt (by permission)*
    Joseph G. Schmitt
      MN Reg. No. 231447
    Courtney E. Ward-Reichard
      MN Reg. No. 232324
    250 Marquette Avenue South, Suite 800
    Minneapolis, MN 55401
    Phone:  612-305-7500
    Fax: (612) 305-7501
    Email: *jschmidt@nilanjohnson.com*
        *cward@nilanjohnson.com*

*Attorneys for Defendant*

2