**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Chad Vittitow, | Case No. 3:23-cv-00136-PDW-ARS |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Microsoft Inc., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Chad Vittitow, through his counsel, and by Defendant Microsoft, Inc., through its counsel, that the above-captioned action, including all claims that were raised, or could have been raised in this action, may and shall be dismissed in its entirety, with prejudice, and without costs (including but not limited to any statutory costs, attorneys' fees, and/or disbursements) to any party. The parties accordingly request a dismissal order consistent with this stipulation.

**IT IS SO STIPULATED.**

Dated:  December 7, 2023

**FIEBIGER LAW, LLC**

By:    *s/ Rolf T. Fiebiger*
Thomas D. Fiebiger, ND ID # 04190
Rolf T. Fiebiger, MN ID #391138
6800 France Ave. S., Suite 190
Edina, MN 55435
612.399.6474
612.888.6084
tom@fiebigerlaw.com
rolf@fiebigerlaw.com

*Attorneys for Plaintiff*

Dated:  December 7, 2023

**NILAN JOHNSON LEWIS PA**

By:   *s/Joseph G. Schmitt (by permission)*
Joseph G. Schmitt
MN Reg. No. 231447
Courtney E. Ward-Reichard
MN Reg. No. 232324
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
Phone:  612-305-7500
Fax: (612) 305-7501
Email: *jschmidt@nilanjohnson.com*
          *cward@nilanjohnson.com*

*Attorneys for Defendant*

2