**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION**

| | | |
|---|---|---|
| Chad Vittitow, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **OF DISMISSAL** |
| vs. | ) | |
| | ) | Case No. 3:23-cv-136 |
| Microsoft Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

The parties filed a joint stipulation of dismissal. Doc. 19. The Court **ADOPTS** the stipulation (Doc. 19) in its entirety and **ORDERS** the entire action dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own costs and fees.

**IT IS SO ORDERED**.

Dated this 7th day of December, 2023.

/s/ *Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court